UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TAKI & DA PTE LTD,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK N.A., VINEANDFIG LLC, TITAN BLOCK INTERNATIONAL LTD.,<br><br>Defendants. | 4:23-CV-04163-RAL<br><br>JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

Plaintiff filed this action back in October 2023, Doc. 1, but has yet to serve any of the Defendants. Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). This Court provided notice to Plaintiff back on April 16, 2025, that this case would be dismissed without prejudice if Defendants were not served by May 7, 2025. Plaintiff failed to serve the Defendants and the time for doing so has passed. Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that this case is dismissed without prejudice.

DATED this 8th day of May, 2025.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE